Mark J. GAIDA, Relator,

v.

TRI CITY PAVING and State
Fund Mutual Insurance
Co., Respondents,

and

St. Cloud Hospital, Blue Cross/Blue
Shield/Blue Plus, Intervenors.

No. C2–00–800.

Supreme Court of Minnesota.

July 25, 2000.

Frank J. Rajkowski, Esq., Rajkowski, Hansmeier, Ltd., St. Cloud, for employee-relators.

Steven Scharfenberg, Esq., Lynn, Scharfenberg & Associates, Minneapolis, for employer-respondent's insurer-respondents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 24, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
J.H. Gilbert
Associate Justice